# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:15-cv-01039-RWS |
| v. | ) ) | |
| GOOGLE INC. | ) ) | |
| Defendant. | ) ) ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL GOOGLE INC.'S MOTION TO TRANSFER VENUE

Defendant Google, Inc. ("Google") submits this Unopposed Motion for Leave to File Under Seal its Motion to Transfer Venue.

Google respectfully requests leave to file under its seal its Motion to Transfer Venue and all attachments thereto, due to the confidential nature of these documents. As there is not yet a Protective Order entered in this case, Google respectfully files this motion for leave to do so. Google has met and conferred with counsel for Plaintiff, Eolas Technologies Inc., and Plaintiff does not oppose this Motion.

| | |
|---|---|
| Date: February 9, 2016 | Respectfully submitted,<br><br>By: *David A. Perlson*<br>Charles K. Verhoeven<br>CA Bar No. 170151<br>charlesverhoeven@quinnemanuel.com<br>David A. Perlson<br>CA Bar No. 209502<br>davidperlson@quinnemanuel.com<br>Derek J. Tang<br>CA Bar No. 296230<br>derektang@quinnemanuel.com<br>Lindsay M. Cooper<br>CA Bar No. 287125<br>lindsaycooper@quinnemanuel.com<br>Felipe Corredor<br>CA Bar No. 295692<br>felipecorredor@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-6600<br>Facsimile: 415-875-6700 |

        Michael D. Powell
        CA Bar No. 202850
        mikepowell@quinnemanuel.com
        **QUINN EMANUEL URQUHART &**
        **SULLIVAN LLP**
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, CA 94065
        Telephone: 650-801-5000
        Facsimile: 650-801-5100

        Michael E. Jones
        State Bar No. 10929400
        mikejones@potterminton.com
        **POTTER MINTON**
        110 N. College Avenue, Suite 500
        Tyler, Texas 75702
        Telephone:  903-597-8311
        Facsimile:  903-593-0846

        ATTORNEYS FOR DEFENDANT
        Google Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

        */s/ David A. Perlson*
        David A. Perlson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 6:15-cv-01039-RWS |
| v. | ) ) |
| GOOGLE INC. | ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL GOOGLE INC.'S MOTION TO TRANSFER VENUE

Defendant Google Inc. filed its Motion for Leave to File Under Seal its Motion to Transfer Venue. Having considered same, such motion is **GRANTED**. It is therefore

**ORDERED** that Google's Motion to Transfer Venue and all attachments thereto are authorized to be filed under seal.