**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 6:15-cv-01039-RWS<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| GOOGLE INC. | )<br>) |
| Defendant. | )<br>) |

**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO TRANSFER
VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

The Court, having considered Google Inc.'s submission in connection with its Motion to Transfer Venue to the Northern District of California, and for good cause shown, hereby finds that the motion should be GRANTED.

It is therefore ORDERED that this case is hereby transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).